UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KERRY HOWARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2602** |
| **MARLIN GUSMAN, MEDICAL DEPT.** | **SECTION "J"(4)** |

# O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 complaint filed by Kerry Howard against Orleans Parish Sheriff Marlin Gusman and the Medical Department at the Orleans Parish Prison is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A and 42 U.S.C. §1997e.

New Orleans, Louisiana, this __8th__ day of _____December_____, 2011.

_____
UNITED STATES DISTRICT JUDGE